UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

AMENDED

| | |
|---|---|
| Case No. | CV 19-10414-CBM(JPRx) |
| Date | FEBRUARY 27, 2020 |
| Title | *JANE DOE v. SISYPHIAN, LLC., ET AL.,* |

Present: The Honorable   CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   **IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES**

Counsel are hereby notified that pursuant to the Judge's directive, the Court hereby denies the motion to dismiss[17] as moot and takes the matter off calendar. No one is to appear on March 17, 2020.

The Court further orders the Defendant's application to seal [21]is hereby denied as moot in light of the First Amended Complaint that was filed on February 14, 2020. *The Court further orders that declaration of Jeffrey M. Cohon, will be filed under seal [18].*

IT IS SO ORDERED.

cc: all parties