UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 19-10414-CBM-(JPRx) | Date | October 6, 2021 |
| Title | *Agerkop et al. v. Sisyphian, LLC dba Xposed Gentleman's Club et al.* | | |

Present: The Honorable **CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE**

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:**     **IN CHAMBERS- ORDER RE: ORDER TO SHOW CAUSE RE CIVIL CONTEMPT**

The hearing on the Order to Show Cause re Civil Contempt ("OSC") is set for October 12, 2021 at 3:00 p.m.

The parties shall advise the Court in writing **no later than October 8, 2021** whether the OSC and hearing on the OSC should be vacated in light of the parties' Stipulation and Order thereon (Dkt. Nos. 133, 136), and the declaration of defense counsel Mr. Cohon filed in response to the OSC attesting that Defendants have produced a list of dancers and their contact information to Plaintiffs' counsel (Dkt. No. 134).

**IT IS SO ORDERED.**