**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEFFANIE AGERKOP, an individual; TEQUILLA TOLBERT, an individual; KARA WALDRON-PARODI, an individual; EMMA RADDING, an individual, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>SISYPHIAN, LLC dba XPOSED GENTLEMAN'S CLUB, a California Limited Liability Company; BRAD BARNES, an individual; DOE MANAGERS 1-3; and DOES 4-100, inclusive,<br><br>Defendants. | Case No.: 2:19-cv-10414-CBM-JPRx<br><br>**COLLECTIVE ACTION**<br><br>**Assigned to Hon. Consuelo B. Marshall**<br><br>**JUDGMENT IN FAVOR OF STEFFANIE AGERKOP   [132]**<br><br>Complaint Filed:  December 9, 2019 |

On September 24, 2021, defendant Sisyphian, LLC dba Xposed Gentlemen's Club served plaintiff Steffanie Agerkop ("Plaintiff") with a Fed. R. Civ. P. 68 Offer of Judgment in this action in the amount of Fifteen Thousand U.S. Dollars to Plaintiff, plus Twenty Thousand U.S. Dollars for Plaintiff's attorneys' fees and costs. On September 27, 2021, Plaintiff accepted the offer. *See* Dkt. 131.

In accordance with the Offer of Judgment and Notice of Acceptance, Plaintiff shall have and recover from defendant Sisyphian, LLC dba Xposed Gentlemen's Club, Fifteen Thousand U.S. Dollars to Plaintiff, plus Twenty Thousand U.S. Dollars for Plaintiff's attorneys' fees and costs

Accordingly, it is **ORDERED AND ADJUDGED** that a Final Judgment is entered for Plaintiff and against defendant Sisyphian, LLC dba Xposed Gentlemen's Club for the total sum of Fifteen Thousand U.S. Dollars to Plaintiff, plus Twenty Thousand U.S. Dollars for Plaintiff's attorneys' fees and costs, with post judgment interest which shall be computed pursuant to 28 USC Section 1961(a) from the date of the entry of this Judgment.

**IT IS SO ORDERED.**

Dated: OCTOBER 13, 2021

HONORABLE CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE