UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 19-10414-CBM(JPRx) | Date | JANUARY 4, 2022 |
|---|---|---|---|
| Title | Jane Doe v. Sisyphian, LLC et al | | |

Present: The Honorable   CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| Yolanda Skipper | Suzanne McKennon |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| John P. Kristensen | Jeffrey M. Cohon |
| Jesenia A. Martinez | Peter E, Garrell |
| | Andrew L. Satenberg |
| | Wesley Kruegar |

**Proceedings:**   HEARING RE ORDER TO SHOW CAUSE [154][161]

The case is called and counsel state their appearance.  The Court and counsel confer regarding the status of the case.

Following discussions with the parties, the Court advises counsel that the Order to show cause why defendants and their counsel should not be held in civil contempt and sanctioned is taken under submission and a written order will issue.

IT IS SO ORDERED.

cc: all parties                                                                                                                         **1:51**