**THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| STEFFANIE AGERKOP, *et al*, <br><br> Plaintiffs, <br><br> vs. <br><br> SISYPHIAN, LLC dba XPOSED GENTLEMAN'S CLUB, a California Limited Liability Company; BRAD BARNES, an individual; DOE MANAGERS 1-3; and DOES 4-100, inclusive, <br><br> Defendants. | Case No.: 2:19-cv-10414-CBM-JPRx <br><br> **COLLECTIVE ACTION** <br><br> **JUDGMENT IN FAVOR OF KARINA VAHITOVA** |

On February 2, 2022, defendant Sisyphian, LLC dba Xposed Gentlemen's Club served plaintiff Karina Vahitova ("Plaintiff") with a Fed. R. Civ. P. 68 Offer of Judgment in this action in the amount of NINE THOUSAND SEVEN HUNDRED AND FIFTY U.S. Dollars ($9,750.00), inclusive of attorneys' fees and costs. On February 11, 2022, Plaintiff accepted the offer. *See* Dkt. 200.

In accordance with the Offer of Judgment and Notice of Acceptance, Plaintiff shall have and recover from defendant Sisyphian, LLC dba Xposed Gentlemen's Club, NINE THOUSAND SEVEN HUNDRED AND FIFTY U.S. Dollars ($9,750.00), inclusive of attorneys' fees and costs.

Accordingly, it is **ORDERED AND ADJUDGED** that a Final Judgment is entered for Plaintiff Karina Vahitova and against defendant Sisyphian, LLC dba Xposed Gentlemen's Club for the total sum of NINE THOUSAND SEVEN HUNDRED AND FIFTY U.S. Dollars ($9,750.00), inclusive of attorneys' fees and costs, with post judgment interest which shall be computed pursuant to 28 USC Section 1961(a) from the date of the entry of this Judgment.

**IT IS SO ORDERED.**

Dated: FEB. 22, 2022

HONORABLE CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE

CC: FISCAL